UNITED STATES DISTRICT COURT

District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>) **Criminal No. 06-94-P-S<br>DAVID JACKSON, )<br>)<br>Defendants )<br>)<br>) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 7, 2007, his Recommended Decision (Docket No. 56). Defendant David Jackson filed his Objection to the Recommended Decision (Docket No. 63) on May 17, 2007. The Government filed its response to Defendant Jackson's Objection (Docket No. 65) on June 4, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. The Defendant's Motion to Suppress is **GRANTED** as to any questions asked of him by Pauline Gudas at 209 Ash Street, Lewiston, Maine on July 13, 2004 after the Defendant had been arrested and before he was given *Miranda* warnings and any

responses by the Defendant to any such questions given at that location on the date and otherwise **DENIED**.

/s/George Z. Singal  
Chief U.S. District Judge

Dated:  June 6, 2007