# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| Movant ) | |
| v. ) | **2:06-cr-94-GZS** |
| ) | **2:10-cv-407-GZS** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 150) filed March 14, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Movant's 28 U.S.C. § 2255 Petition is **DENIED**. A certificate of appealability shall not issue in the event Movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

                                                               /s/ George Z. Singal
                                                              United States District Judge

Dated this 1st day of April , 2011.